Eastern District of Kentucky
**FILED**

JAN 23 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

**UNITED STATES OF AMERICA**

V.                                                            INDICTMENT NO. 6:25-CR-003-REW

**SARAH MORRIS and**
**THOMAS SOBLE**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

On or about a date in December 2023, the exact date unknown, and continuing through on or about January 22, 2025, in Pulaski County, Laurel County, and Knox County, in the Eastern District of Kentucky, and elsewhere,

**SARAH MORRIS**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about January 22, 2025, in Pulaski County, in the Eastern District of Kentucky,

**THOMAS SOBLE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Taurus 9mm handgun with serial number ABE594269, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
## 18 U.S.C. § 922(j)

On or about January 22, 2025, in Pulaski County, in the Eastern District of Kentucky,

**THOMAS SOBLE**

knowingly possessed a stolen firearm. to wit: a Taurus 9mm handgun with serial number ABE594269, and the firearm was in and affecting commerce, all in violation of 18 U.S.C. § 922(j).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)(1)
## 28 U.S.C. § 2461

1.  By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **SARAH MORRIS** shall forfeit to the United States any and all property used, or intending to be used, to commit and to facilitate the commission of the violations of 21 U.S.C. §§ 846 and 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 21 U.S.C. §§ 846 and 841. Any and all interest that **SARAH MORRIS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offenses alleged in Counts 2 and 3 of the Indictment, **THOMAS SOBLE** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. § 922. Any and all interest that **THOMAS SOBLE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**

1. $1,609.00 in United States currency.

**FIREARMS AND AMMUNITION:**

1. Taurus, 9mm handgun, with serial number ABE594269;
2. Various rounds of ammunition.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

███████████████

**FOREPERSON**

_/s/ Carlton S. Shier_
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

### COUNT 2:

Not more than 15 years imprisonment, $250,000 fine, and 3 years supervised release.

### COUNT 3:

Not more than 10 years imprisonment, $250,000 fine, and 3 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Forfeiture of listed items.